JUDITH NARDONE and Others, Infants, by ANTHONY NARDONE, Their Guardian ad Litem, and Others, Respondents, v. MILTON MILLER, as Temporary Administrator, etc., of EDWARD H. MILLER, and Another, Defendants, and MILTON MILLER, Individually, Appellant.— Action to recover damages for personal injuries sustained by respondents in a collision between an automobile in which they were riding and a truck owned by the estate of Edward H. Miller, and by plaintiff Anthony Nardone to recover also for property damage and loss of services. Judgment unanimously affirmed, with costs. While the practice is for the court to consult with the jury or a juror in the presence of counsel, we are of opinion that the incident involving the inquiry by the court of one of the jurors in chambers, in the absence of counsel, as to his physical ability to continue the trial, was not prejudicial to the appellant and was harmless. Appeal from denial of motion for a new trial dismissed, without costs. No order denying such motion appears in the record. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

F. EUGEN NORTZ and Others, Copartners Doing Business under the Firm Name and Style of NORTZ & Co., Respondents, v. CLINTON TRUST COMPANY, Appellant, and Others, Defendants.— Action to recover damages for fraud and conspiracy. Consolidated appeals by the appellant Clinton Trust Company. Order for an examination before trial, in so far as appealed from, affirmed, without costs, the examination to proceed on five days' notice. Order denying motion for a stay affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

VIRGINIA S. ORVIS, as Director and on Behalf of BRIAR HILL FARMS, INC., Appellant, v. BRIAR HILL FARMS, INC., Defendant, and WILLIAM H. KAY, JR., Respondent.— Action for an accounting to the defendant corporation and for other relief. Order denying plaintiff's motion for a stay of the annual stockholders' meeting affirmed, without costs. The meeting is directed to be held at the same hour and place on March 9, 1942. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

PRINCETON CONSTRUCTION CORP. and Others, Respondents, and ALDERTON STORES, INC., Plaintiff, v. DASOPH REALTY CORP., Appellant.— Action to restrain appellant permanently from erecting or maintaining a " building containing stores " on its property, situated on the east side of Sixty-third drive, 260 feet south of Alderton street, Queens county, in violation of a restrictive covenant. Judgment in favor of respondents, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING FISHLER, Appellant.— Judgment of a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of a violation of section 986 of the Penal Law (bookmaking), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD PAUL ODOM, Also Known as " EDDIE " ODOM, Appellant.— Judgment of the County Court of Nassau County, convicting the defendant of the crime of attempted grand larceny in the second degree, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.